**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**CITY OF WELLSBURG,** et al.,

        Plaintiffs,

    v.                                **CIV. ACT. NO. 5:25-CV-164**
                                              Judge Bailey

**EXPRESS SCRIPTS, INC.,** et al.,

        Defendants.

## ORDER

Pending before the Court is Plaintiffs' Motion for Leave to File Unredacted Amended Complaint Restricted to Case Participants [Doc. 3], filed on July 23, 2025.  On the same day, plaintiffs filed their Amended Complaint [Doc. 2] containing redactions of references to documents and information which may be confidential, expand upon confidential information, and/or information which may be deemed proprietary and/or private.

Finding that the public's interest in inspection of Court documents is outweighed by the privacy and confidentiality interests raised by the Amended Complaint, this Court hereby **GRANTS** the Motion [**Doc. 3**].  The Clerk is **DIRECTED** to **FILE and RESTRICT TO CASE PARTICIPANTS**:

- Plaintiffs' Unredacted Amended Complaint [Doc. 3-1].

    It is so **ORDERED**.

    The Clerk is directed to provide copies of this Order to all counsel of record.

**DATED**: July 24, 2025.


JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE